UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MICHAEL WILSON,
        Plaintiff

V

ALAN FINNAN, Superintendent,
'K' BRACKET WORK GROUP
SECURE HOUSING UNIT,
Correctional Officers,
    JOE THOMAS
      medical administrator

CAUSE NO.

2 06-CV- 0133 LJM   WTL

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Comes now Plaintiff, Michael Wilson, pro se, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and respectfully moves this Court for a temporary restraining order. In support, Plaintiff has attached a copy of his declaration in support of his motion for temporary restraining order and a memorandum of law in support of temporary restraing order.

Respectfully Submitted,

*Michael Wilson*
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was delivered to the Office of the Attorney, 402 W Washington St, Indianapolis, IN 46204, by placing it in the hands of facility staff to be mailed, US mail, postage prepaid, this 7th day of July 2006.

*Michael Wils*
Plaintiff

MICHAEL WILSON
#913117
PO BOX 1111
CARLISLE IN 47838